UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LANCE NIQUETTE,

    Plaintiff,

v.                                    CASE NO: 8:04-cv-1752-T-23MAP

THE AVAYA, INC., LONG-TERM DISABILITY
PLAN FOR SALARIED EMPLOYEES,

    Defendant.
_____/

## ORDER

Pursuant to the Employee Retirement Income Security Act ("ERISA"), the plaintiff sues to recover long-term disability benefits. United States Magistrate Judge Mark A. Pizzo submits (Doc. 34) a report and recommendation on the defendant's motion (Doc. 18) for summary judgment. Judge Pizzo reports that the claims administrator's decision to terminate the plaintiff's long-term benefits was reasonable under an "arbitrary and capricious" standard of review and recommends granting the motion for summary judgment. The plaintiff objects (Doc. 35) to the Magistrate Judge's report and recommendation.

A review of the motion for summary judgment and the report and recommendation reveals no error in the Magistrate Judge's assessment of the facts or application of law. Accordingly, the plaintiff's objections (Doc. 35) are **OVERRULED**, and the Magistrate Judge's recommendation (Doc. 34) is **ADOPTED**. Accordingly, the

defendant's motion (Doc. 18) for summary judgment is **GRANTED**.  The Clerk is directed to enter judgment in favor of the defendant on both counts.

ORDERED in Tampa, Florida, on February 14, 2006.

```
_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE
```

cc:  US Magistrate Judge
     Courtroom Deputy